CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

NOV 08 2005

JOHN F. CORCORAN, CLERK
BY: _____
      DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | |
|---|---|
| EDWIN R. CRUZ, ) | |
|     Plaintiff, ) | Civil Action No. 7:05-cv-00662 |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| D. MUSSER, ) | By: Hon. James C. Turk |
|     Defendant. ) | Senior United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), and is stricken from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to plaintiff and to counsel of record for the defendant.

ENTER: This 8th day of November, 2005.

_____
Senior United States District Judge